```
 1  Ramiro Morales, Esq., State Bar No. 167947
    David A. Astengo, Esq., State Bar No. 196096
 2  MORALES FIERRO & REEVES
    2300 Contra Costa Blvd., Ste. 310
 3  Pleasant Hill, CA 94523
    Tel: (925) 288-1776
 4  Fax: (925) 288-1856
    rmorales@mfrlegal.com
 5
    Attorneys for Plaintiff/Counter-defendant,
 6  TRAVELERS PROPERTY CASUALTY OF AMERICA
    and Counter-defendant, THE TRAVELERS INDEMNITY
 7  COMPANY OF ILLINOIS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MATTESON REALTY SERVICES, INC., a California corporation, PAVILIONS OWNERS ASSOCIATION, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:09-cv-05426 JL<br><br>STIPULATION AND [PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE PENDING FINAL SETTLEMENT OF ACTION |
|---|---|
| MATTESON REALTY SERVICES, INC.,<br><br>Counter-claimant,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY CO. OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Counter-defendants. | |

WHEREAS, an Initial Case Management Conference is scheduled in this matter on February 24, 2010, in Courtroom F, at 10:30 a.m.;

WHEREAS, all the parties have reached a settlement between them respecting the parties' rights and obligations concerning all of the claims and counter-claims in this action;

---

STIPULATION AND [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE PENDING
FINAL SETTLEMENT OF ACTION                                          Case No. : 3:09-cv-05426 JL

1

1  WHEREAS, as result of the settlement, the parties are in the process of preparing and
2  executing a settlement agreement and, as a part of the settlement, the parties have agreed to
3  dismiss the instant action with prejudice and mutual releases of all claims relating to the instant
4  action.

5  WHEREAS, neither defendant, Pavillions Owners Association, nor counter-defendant, The
6  Travelers Indemnity Company of Illinois, have yet appeared in this action but as a result of the
7  settlement will have all claims and/or counter-claims against each of them dismissed with
8  prejudice;

9  AND WHEREAS, the parties who have appeared in this action to date wish to postpone
10 the February 24, 2010 Initial Case Management Conference, and all deadlines set forth in this
11 Court's "Order Setting Initial Case Management Conference And ADR Deadlines," pending the
12 parties executing a final settlement agreement at which time a request for dismissal will be filed
13 with this Court;

14 THEREFORE, IT IS NOW STIPULATED that the February 24, 2010 Initial Case
15 Management Conference should be postponed until a date set by the Court but not less than 60
16 days from February 24, 2010.

17
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DATED: February 3, 2010

MORALES, FIERRO & REEVES

RAMIRO MORALES, Esq.
DAVID A. ASTENGO, Esq.
Attorneys for Plaintiff/counter-defendant, TRAVELERS PROPERTY CASUALTY CO. OF AMERICA and counter-defendant, THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

DATED: February 2, 2010

WOLKIN • CURRAN, LLP

BRANDT L. WOLKIN, Esq.
PHYLLIS M. CANTOR, Esq.
Attorneys For Defendant and Counter-claimant, MATTESON REALTY SERVICES, INC.

### [PROPOSED] ORDER

The Case Management Conference Schedule for February 24, 2010, before this Court is postponed until April 28, 2010. at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: February 4, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

S:\Docs\Tr2664\STP100202.Postpone Stip.DAA.doc