Ramiro Morales, Esq., State Bar No. 167947
David A. Astengo, Esq., State Bar No. 196096
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Ste. 310
Pleasant Hill, CA 94523
Tel: (925) 288-1776
Fax: (925) 288-1856
rmorales@mfrlegal.com

Attorneys for Plaintiff/Counter-defendant,
TRAVELERS PROPERTY CASUALTY OF AMERICA
and Counter-defendant, THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MATTESON REALTY SERVICES, INC., a California corporation, PAVILIONS OWNERS ASSOCIATION, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:09-cv-05426 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE PENDING FINAL SETTLEMENT OF ACTION** |
| MATTESON REALTY SERVICES, INC.,<br><br>Counter-claimant,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY CO. OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Counter-defendants. | |

WHEREAS, an Initial Case Management Conference is scheduled in this matter on February 24, 2010, in Courtroom F, at 10:30 a.m.;

WHEREAS, all the parties have reached a settlement between them respecting the parties' rights and obligations concerning all of the claims and counter-claims in this action;

---

1

STIPULATION AND [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE PENDING
FINAL SETTLEMENT OF ACTION                                    Case No. : 3:09-cv-05426 JL

| | |
|---|---|
| 1 | WHEREAS, as result of the settlement, the parties are in the process of preparing and |
| 2 | executing a settlement agreement and, as a part of the settlement, the parties have agreed to |
| 3 | dismiss the instant action with prejudice and mutual releases of all claims relating to the instant |
| 4 | action. |
| 5 | WHEREAS, neither defendant, Pavillions Owners Association, nor counter-defendant, The |
| 6 | Travelers Indemnity Company of Illinois, have yet appeared in this action but as a result of the |
| 7 | settlement will have all claims and/or counter-claims against each of them dismissed with |
| 8 | prejudice; |
| 9 | AND WHEREAS, the parties who have appeared in this action to date wish to postpone |
| 10 | the February 24, 2010 Initial Case Management Conference, and all deadlines set forth in this |
| 11 | Court's "Order Setting Initial Case Management Conference And ADR Deadlines," pending the |
| 12 | parties executing a final settlement agreement at which time a request for dismissal will be filed |
| 13 | with this Court; |
| 14 | THEREFORE, IT IS NOW STIPULATED that the February 24, 2010 Initial Case |
| 15 | Management Conference should be postponed until a date set by the Court but not less than 60 |
| 16 | days from February 24, 2010. |
| 17 | |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

DATED: February 3, 2010

MORALES, FIERRO & REEVES

RAMIRO MORALES, Esq.
DAVID A. ASTENGO, Esq.
Attorneys for Plaintiff/counter-defendant, TRAVELERS PROPERTY CASUALTY CO. OF AMERICA and counter-defendant, THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

DATED: February 2, 2010

WOLKIN • CURRAN, LLP

BRANDT L. WOLKIN, Esq.
PHYLLIS M. CANTOR, Esq.
Attorneys For Defendant and Counter-claimant, MATTESON REALTY SERVICES, INC.

### [PROPOSED] ORDER

The Case Management Conference Schedule for February 24, 2010, before this Court is postponed until April 28, 2010. at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: February 4, 2010

UNITED STATES DISTRICT COURT JUDGE

S:\Docs\Tr2664\STP100202.Postpone Stip.DAA.doc

---

3

STIPULATION AND [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE PENDING
FINAL SETTLEMENT OF ACTION

Case No. : 3:09-cv-05426 JL